BANCO TERRITORIAL Y AGRÍCOLA ET AL., APPELLANTS, *v.* THE REGISTRAR, RESPONDENT.

APPEAL from a Decision of the Registrar of Property of Caguas.

No. 157.—Decided November 6, 1913.

RECORD OF TITLE—ASSIGNMENT OF RENTS—PERSONAL CONTRACT—REAL RIGHT.—
The assignment to a mortgage creditor of the right to receive the money payable as rent on a mortgaged property is a personal contract and not a real right, therefore it cannot be recorded in the registry of property.

The facts are stated in the opinion.
*Mr. Juan de Guzmán Benítez* for appellants.
*Mr. Raul Benedicto,* the registrar, did not appear.
MR. JUSTICE WOLF delivered the opinion of the court.

The note in this case must be affirmed. The Registrar of Caguas refused to record the transfer to the Banco Territorial y Agrícola of certain instalments of rent originally payable to José Ramírez Muñoz, the latter giving a mortgage to said bank on the land in question. The mortgage was originally recorded, but not the cession of rents, and the deed being

presented again, the registrar specifically refused to record the transfer of rents. The transfer to the bank of the right to receive the money payable as rent, a money obligation, is a purely personal contract. It is not an interest in real estate covered by the Mortgage Law.

The note should be affirmed.

*Affirmed.*

Chief Justice Hernández and Justices del Toro and Aldrey concurred.

Mr. Justice MacLeary took no part in this decision.